**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JON CRYER <br> c/o Mark S. Zaid, P.C. <br> 1250 Connecticut Avenue, N.W. <br> Suite 700 <br> Washington, D.C. 20036 <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION <br> Washington, D.C. 20404 <br><br> Defendant. | Civil Action No. 22-_____ |

* * * * * * * * * * * *

**COMPLAINT**

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, seeking release of records responsive to a request submitted to the Defendant National Archives and Records Administration concerning the late Peter Niven Kiger (1938-2019)("Mr. Kiger") and the War Resister's League.

**JURISDICTION**

1. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

**VENUE**

2. Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

**PARTIES**

3. Plaintiff Jon Cryer ("Mr. Cryer") is a respected American actor, writer, director and producer with numerous credits to his name. These include his time as "Duckie" in

the classic 80s film *Pretty in Pink*, starring on television as "Alan Harper" in *Two and a Half Men* from 2003 – 2015, to most recently depicting "Lex Luthor" in *Supergirl* (as well as portraying the same character three other television series) for the past two years. *htttps://www.imdb.com/name/nm0001083/* (last accessed January 7, 2022). Based on established criteria, Mr. Cryer qualifies for designation as a representative of the news media.

4. Defendant National Archives and Records Administration ("NARA") is an agency within the meaning of 5 U.S.C. § 552(f) and in possession and/or control of the records requested by Mr. Cryer that are the subject of this action.

## FACTUAL BACKGROUND

5. Mr. Kiger was a staff member with the War Resister's League. He refused to register for the Viet Nam draft and was sent to federal prison for approximately one year. Following his release he continued protesting and refusing to register and was imprisoned on other occasions. Mr. Kiger (DOB: November 4, 1938, Spiceland, Indiana) died on August 19, 2019, and his obituary can be found at *https://www.warresisters.org/peter-kiger-1938-%E2%80%93-2019* (last accessed January 7, 2022). He was also Mr. Cryer's uncle.

6. The War Resister's League, which was founded in 1923, is the oldest secular pacifist organization in the United States. It was a subject of surveillance by the Federal Bureau of Investigation ("FBI"), including as part of COINTELPRO, as noted in the article FBI SURVEILLANCE OF THE WAR RESISTERS LEAGUE DURING THE VIETNAM WAR, 1965–1973, by Katherine Perrotta, which is available at *https://onlinelibrary.wiley.com/doi/epdf/10.1111/pech.12439* (last accessed January 7,

2022). Additional information concerning the War Resister's League can be found at *https://www.warresisters.org/wrl-history* (last accessed January 7, 2022).

## COUNT ONE (NARA)

7. Mr. Cryer repeats and realleges paragraphs 5 through 6 above, inclusive.

8. Mr. Cryer originally electronically submitted his FOIA request through his undersigned counsel to the Federal Bureau of Investigation ("FBI") on May 18, 2021. Receipt was acknowledged by letter dated May 26, 2021, and it was assigned reference number 1497272-000. By letter dated June 1, 2021, the FBI notified Mr. Cryer that it had identified relevant records that had been destroyed, as well as records that had been transferred to NARA. It was noted that files 100-HQ-448953, 100-PH-49971 and 100-NY-156537 should be cited as a reference in any request submitted to NARA.

9. Mr. Cryer, through undersigned counsel, then electronically submitted a FOIA request to NARA on June 7, 2021, and receipt was acknowledged on June 8, 2021. By e-mail dated June 17, 2021, an Archives Specialist within NARA's Textual Reference Archives II Branch (RR2RR), notified the undersigned that Mr. Cryer's request was received on June 10, 2021, and assigned case number 21-37723. It was noted that "The National Archives holds litigation case files of the Department of Justice in *Record Group 60: General Records of the Department of Justice*. These records are arranged into numerical classes based on the infraction of the law involved and we hold various indexes to these records that allow us to locate files relating to specific individuals and organizations." NARA indicated it had reviewed the Criminal Division General Name Index Files, 1930 - 1984 (Entry UD-WW 3152) and the Internal Security Index, 1930 - 1979 (Entry A1 1011) but was unable to identify any files in its custody that are

responsive to Mr. Cryer's FOIA request. However, NARA also stated that the request was referred to its Special Access and FOIA office for a search of its FBI holdings and a separate reply.

10. By e-mail dated December 15, 2021, an Archives Specialist within NARA's Special Access and FOIA Program (RF), informed the undersigned that Mr. Cryer's request was received in its office on June 8, 2021, and assigned FOIA tracking number 65789 and interim tracking number RF-809. Based on Mr. Cryer's request for access to records concerning his uncle Mr. Kiger, NARA indicated its search results identified:

a) *FBI file 100-HQ-448953 subject is Peter Kiger, created between February 27, 1968, and July 29, 1968, and consisting of an estimated 30 pages.*

b) *FBI file 100-PH-49971 subject is Peter Kiger, created between May 29, 1968, and September 3, 1968, and consisting of an estimated 30 pages.*

c) *FBI file 100-NY-156537 subject is Peter Kiger, created between August 12, 1965, and July 24, 1973, and consisting of an estimated 600 pages.*

11. NARA further indicated that in light of its existing backlog, it estimates processing will take 39 months to complete.

12. NARA also conducted an FBI Index Search on Mr. Kiger and was unable to locate any additional responsive records in its holdings.

13. Mr. Cryer has exhausted all necessary required administrative remedies with respect to his FOIA request.

14. Mr. Cryer is entitled to timely receipt of non-exempt copies of all records responsive to his FOIA request.

WHEREFORE, Plaintiff Jon Cryer prays that this Court:

(1) Orders Defendant NARA to disclose non-exempt copies of the requested records in their entirety and make copies promptly available to Mr. Cryer;

(2) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552 (a)(4)(E), 5 U.S.C. § 552a(g)(3)B), and/or 28 U.S.C. § 2412 (d);

(3) expedite this action in every way pursuant to 5 U.S.C. § 552(a)(6)(E)(1) and 28 U.S.C. § 1657 (a); and,

(4) grant such other relief as the Court may deem just and proper.

Date:   January 7, 2022

                              Respectfully submitted,

                                  /s/
                            _____

Mark S. Zaid, Esq.
D.C. Bar #440532
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for Plaintiffs