UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JON CRYER,<br><br>                  Plaintiff,<br><br>         v.<br><br>NATIONAL ARCHIVES AND RECORDS<br>ADMINISTRATION, *et al.*<br><br>                  Defendant. | Civil Action No. 22-0041 (ACR) |

## **JOINT STATUS REPORT**

Pursuant to the Court's January 11, 2024, Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act case.

Plaintiff, Jon Cryer, filed an Amended Complaint on December 6, 2023. Defendants, National Archives and Records Administration ("NARA") and the Federal Bureau of Investigation ("FBI"), filed an Answer to Plaintiff's Amended Complaint on December 20, 2023. At this time, the parties continue to discuss questions and issues pertinent to this litigation and respectfully request that the Court permit them to try to resolve any remaining issues without the Court's involvement and propose filing another status report on before May 13, 2024.

Dated:  March 11, 2024

Respectfully submitted,

*/s/Mark S. Zaid, Esq.*
MARK S. ZAID
D.C. Bar No. 440532

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRADLEY P. MOSS
D.C. Bar No. 975905

BRIAN P. HUDAK
Chief, Civil Division

Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809 (telephone)
(202) 330-5610 (facsimile)
Mark@MarkZaid.com
Brad@MarkZaid.com

By:  */s/ Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
Civil Division
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-6653
Email:  Fithawi.Berhane@usdoj.gov

*Counsel for Plaintiff*

*Counsel for Defendant*